IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 11-04286-TUC-RCC (GEE) |
| Plaintiff, | **REPORT AND RECOMMENDATION** |
| vs. | |
| GWENDOLYN PARLEY, | |
| Defendant. | |

The District Court referred this case to the Magistrate Judge for hearing on pretrial motions. Hearing on defendant Parley's Motion to Sever Trial of Defendants was held on April 11, 2012. The co-defendants have declined to join in Parley's motion and the prosecutor does not object to the motion; therefore the magistrate recommends the District Court, after its de novo review, **GRANT** the Motion to Sever the Trial of Defendants.

**CHARGES:**

The defendant and a co-defendant are charged with aiding and abetting two other co-defendants in their attempts to export firearms and ammunition from the United States into Mexico.

**MOTION TO SEVER TRIAL OF DEFENDANTS:**

Defendant Parley argued in her motion that her trial should be severed from the others because the post-arrest statements of the co-defendants to law enforcement not only implicated Parley, but also demonstrated that her defense at trial would conflict with that of the co-defendants.

In response to the motion to sever the government stated it "does not object to the Defense Motion to Sever Defendants."

At the hearing lawyers for each of the three co-defendants stated they were not joining in Parley's severance motion; in fact, co-defendant Crystle Hendricks entered a guilty plea immediately following the hearing.

**RECOMMENDATION:**

In view of the foregoing, the magistrate recommends that the District Court, after its de novo review, **GRANT** defendant Parley's motion to sever her trial from that of her co-defendants. Any party may file objections within 14 days after being served with a copy of this Report and Recommendation. If objections are not timely filed, the party's right to de novo review may be waived. If objections are filed, the parties should direct them to the District Court **by omitting the magistrate's initials from the caption.**

This Report and Recommendation is being faxed to all counsel on today's date. The Clerk of the Court is directed to send a copy of this Report and Recommendation to all counsel.

DATED this 24th day of April, 2012.

_____
Glenda E. Edmonds
United States Magistrate Judge